IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MEDINA,

    Plaintiff,                    No. CIV S-07-0888 RRB DAD P

    vs.

SCOTT KERNAN, et al.,

    Defendants.            <u>ORDER</u>

        Plaintiff, a state prisoner currently confined at Atascadero State Hospital, has filed a second amended complaint seeking relief pursuant to 42 U.S.C. § 1983. On nearly the same day that plaintiff filed his second amended complaint, the court issued an order dismissing plaintiff's first amended complaint for failure to comply with the requirements of Fed. R. Civ. P. 8(a)(2). Upon initial review, plaintiff's second amended complaint appears to suffer from the same defect. Because plaintiff has not yet had the opportunity to review the court's order dismissing his first amended complaint, and because plaintiff has failed to seek leave to amend from the court, the court will disregard plaintiff's second amended complaint. <u>See</u> Fed. R. Civ. P. 15(a); Local Rule 15-220.

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's June 20, 2007 second
2 amended complaint is stricken.
3 DATED: June 26, 2007.

    _____
    DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

DAD:9
medi0888.mod10c